City of New Rochelle, Appellant, *v.* Alice Stevens, as Administratrix with the Will Annexed of the Estate of Charles G. Banks, Deceased, Respondent.

Argued May 20, 1947; decided July 2, 1947.

*Aaron Simmons* for appellant.

*Lyle Evans Mahan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.